Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

FILED - MQ
May 19, 2021 4:58 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mlc SCANNED BY: ___/___

# UNITED STATES DI[STRICT COURT]
for the
Western District of Michigan
_____ Division

| | |
|---|---|
| Ann Coffey <br><br> _____ <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> City of Freeport, Illinois; HomeStart (a non-profit); MAS Roofing <br><br> _____ <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)*  ☒ Yes  ☐ No <br><br> **2:21-cv-102** <br> Hala Y. Jarbou - U.S. District Judge <br> Maarten Vermaat - Magistrate Judge |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Ann Coffey |
| Address | 400 Carrie Street |
| | Sault St. Marie, Mi 49783 |
| | *City / State / Zip Code* |
| County | Chippewa |
| Telephone Number | 231 758 6052 |
| E-Mail Address | wallycoffey@yahoo.com |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | City of Freeport Illinois |
| Job or Title *(if known)* | |
| Address | 314 West Stephenson Street |
| | Freeport, IL 61032 |
| | *City / State / Zip Code* |
| County | Stephenson |
| Telephone Number | 815 235 8200 |
| E-Mail Address *(if known)* | jmiller@cityoffreeport.org |

☐ Individual capacity   ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | HomeStart |
| Job or Title *(if known)* | |
| Address | 307 West Main Street |
| | Freeport, IL 61032 |
| | *City / State / Zip Code* |
| County | Stephenson |
| Telephone Number | 815 232 6197 |
| E-Mail Address *(if known)* | |

☐ Individual capacity   ☑ Official capacity

Defendant No. 3
- Name: MAS Roofing
- Job or Title (if known): Owner
- Address: 3198 W Lily Creek Road
- City: Freeport    State: IL    Zip Code: 61032
- County:
- Telephone Number: 815 235 7883
- E-Mail Address (if known): info@masroofinginc.com

[✔] Individual capacity   [ ] Official capacity

Defendant No. 4
- Name:
- Job or Title (if known):
- Address:
- City:    State:    Zip Code:
- County:
- Telephone Number:
- E-Mail Address (if known):

[ ] Individual capacity   [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✔] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
Property Rights; Real Estate Rights; Personal Rights; Parental Rights; Privacy Rights; Due Process Rights; Civil Rights

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

City of Freeport Police illegally used "Police Intimidation" tactics and failed to respond to significant criminal complaints in our neighborhood such as the following (but not limited to): 1) "Drug Trafficking" complaints; 2) Neighborhood threats against my family involving threats of shooting our home up with bullets; 3) Neighborhood threats that my family has violated its "Freeport Code of Silence"; 4) When our family was being assaulted by our next door neighbor...a Freeport 911 Dispatcher told us to open our door to the person committing the assaults; 5) Freeport 911 Dispatchers specifically ordered my family

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
At my residence of 710 South Beaver Avenue, Freeport, Illinois 61032

B. What date and approximate time did the events giving rise to your claim(s) occur?
Late May 2018

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
Neighbors, upon learning that my family had won an approximate $18,000.00 Federal Grant to install a new roof to my home at 710 South Beaver Avenue became extremely upset at the idea or notion that we were going to settle into my home at 710 South Beaver Avenue on a long term basis. My family had repeatedly been ordered by neighbors to move out of Freeport and "Go back to Australia!". Moreover, two Freeport Police officers ordered me to move out of Freeport because my family and I don't belong in Freeport.

Freeport Police colluded with HomeStart and MAS Roofing to concoct false and malicious narrative about me and my family. Freeport Police, allegedly being "tipped off" with false and malicious information provided by the owner of MAS Roofing, subsequently then broke into our home without giving me or my family any advance warning or possessing a "Warrant" to do so in late May 2018.

After Police had broken into my home and conducted their illegal search and seizure, Police then boarded up our home and denied us of our significant property rights

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Injuries are directly related to Post Traumatic Stree Syndrome (PSTD) as a result from hearing so many gun shots fired directly outside our home at 710 South Beaver Avenue Freeport, Illinois.

Whenever gunshots were fired outside our home we (as a family) would spontaneously react (out of fear of being struck by bullets) by hitting the floor. It turns out that its only human nature to duck for cover and take the lowest position possible in order to avoid being struck by bullets. Our next door neighbor on the corner of Elk Street and Beaver Avenue had a bullet go through their home that nearly killed their son.

Within the first weeks of owning our "renovated" home at 710 South Beaver in the Spring of 2014 a mother of two children was murdered on the parkway of her home on Elk Street only less than 100 meters from my home.

Drug trafficking occurred night and day across the street from my home. Witnessing this kind of crime was emotionally/mentally traumatic for me and my family.

Hearing the machine gun type gunshots that murdered the mother on Elk Street less than 100 meters from my home was especially traumatic. Unfortunately, my children were in our backyard when the murder happened. They came running back inside out of fear of being shot. Most unfortunately, they can never forget the actual sound of the machine gun bullets that murdered that mother. My husband and I called on the FBI on multiple occasions. The FBI has done nothing obvious to protect our rights or those rights of other families with children who are stuck in Freeport, Illinois. I would like to name the FBI as a Defendant in this lawsuit if the Federal

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want this case ruled upon here in the State of Michigan by a Jury Trial. The State of Illinois and its FBI, State, and local law enforcement have done nothing to resolve or protect the rights of me and my family.

I want, without having to literally fear for my life or that of my family members, complete and unfettered access to my home at 710 South Beaver Avenue in Freeport, Illinois. I want to remove my valuables and important irreplaceable documentation. In particular, I must be able to retrieve my original USA Citizenship document (attached is a photocopy). Without having possession of my USA Citizenship document I cannot apply for a new Driver's License; I cannot apply for employment; I cannot apply for a new USA Passport; and the list goes on and on. Obtaining my USA Citizenship document is essential and foundational to being the USA Citizen that I am. My USA Citizenship document cannot, by law, be replaced or reproduced. Therefore, I need access to my home at 710 South Beaver Avenue to go in and get it.

I want the Federal Court to order MAS Roofing to complete its contractual obligation to me and replace the roof of my home at 710 South Beaver Avenue.

I want the Federal Court to order the City of Freeport to reveal to me who it has contacted, paricularly outside the State of Illinois, in its continued propagation of its illegally false narrative about me and my family.

I want the Federal Court to rule that Freeport had no warrant for its illegally performed search and seizure of my home.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/19/2021

Signature of Plaintiff: Ann Coffey
Printed Name of Plaintiff: Ann McGirr Coffey

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City    State    Zip Code

Telephone Number
E-mail Address